USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., MTV NETWORKS, a division of Viacom International Inc., COMEDY PARTNERS, BET HOLDINGS LLC, and COUNTRY MUSIC TELEVISION, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> TIME WARNER CABLE INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., and TIME WARNER CABLE LLC, <br><br> Defendants and Counterclaim-Plaintiffs. | ECF CASE <br><br> Civil Action No. 11-cv-2387 (LBS) <br><br> STIPULATION AND ORDER |

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. Defendants and Counterclaim-Plaintiffs Time Warner Cable, Inc., Time Warner Entertainment Company L.P., and Time Warner Cable LLC time to oppose Plaintiffs and Counterclaim-Defendants Viacom International Inc., MTV Networks, a division of Viacom International Inc., Comedy Partners, BET Holdings LLC, and Country Music Television, Inc.'s Motion to Dismiss the CMT Counterclaim for Lack of Subject Matter Jurisdiction (originally set for December 2, 2011 and extended by stipulation, so ordered, to December 9, 2011) shall be extended until January 18, 2012.

3. Plaintiffs and Counterclaim-Defendants' shall have until February 1, 2011 to submit a reply in further support of their Motion to Dismiss the CMT Counterclaim for Lack of Subject Matter Jurisdiction.

Dated: December 7, 2011

ARNOLD & PORTER LLP

By: /s/ Peter L. Zimroth
Peter L. Zimroth
peter.zimroth@aporter.com
Michael D. Schissel
michael.schissel@aporter.com
Lucy S. McMillan
lucy.mcmillan@aporter.com
399 Park Avenue
New York, NY 10022
Tel: (212) 715-1000
Fax: (212) 715-1390

*Counsel for Plaintiffs and Counterclaim-Defendants Viacom International Inc., MTV Networks, a division of Viacom International Inc., Comedy Partners, BET Holdings LLC, and Country Music Television, Inc*

CAHILL GORDON & REINDEL LLP

By: /s/ Brian Markley
Jonathan D. Thier
(jthier@cahill.com)
Brian T. Markley
(bmarkley@cahill.com)
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

*Counsel for Defendants and Counterclaim-Plaintiffs Time Warner Cable Inc., Time Warner Entertainment Company, L.P., and Time Warner Cable LLC*

/s/
United States District Judge

12/12/2011

-2-