USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., MTV NETWORKS, a division of Viacom International Inc., COMEDY PARTNERS, BET HOLDINGS LLC, and COUNTRY MUSIC TELEVISION, INC.,<br><br>   Plaintiffs and Counter-<br>   claim-Defendants,<br><br>   v.<br><br>TIME WARNER CABLE INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., and TIME WARNER CABLE LLC,<br><br>   Defendants and Counter-<br>   claim-Plaintiffs. | ECF CASE<br><br>Civil Action No. 11-cv-2387 (LBS)<br><br>**STIPULATION AND ORDER** |

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. Defendants and Counterclaim-Plaintiffs Time Warner Cable, Inc., Time Warner Entertainment Company L.P., and Time Warner Cable LLC time to oppose Plaintiffs and Counterclaim-Defendants Viacom International Inc., MTV Networks, a division of Viacom International Inc., Comedy Partners, BET Holdings LLC, and Country Music Television, Inc.'s Motion to Dismiss the CMT Counterclaim for Lack of Subject Matter Jurisdiction (originally set for December 2, 2011 and extended by stipulation, so ordered, to February 20, 2012) shall be extended further until March 27, 2012, the same date the parties are scheduled to appear before the Court for an initial scheduling conference.

2.     Plaintiffs and Counterclaim-Defendants' shall have until April 10, 2012 to submit a reply in further support of their Motion to Dismiss the CMT Counterclaim for Lack of Subject Matter Jurisdiction.

Dated:  February ___, 2012

ARNOLD & PORTER LLP

By: _____
    Peter L. Zimroth
    peter.zimroth@aporter.com
    Michael D. Schissel
    michael.schissel@aporter.com
    Lucy S. McMillan
    lucy.mcmillan@aporter.com
399 Park Avenue
New York, NY 10022
Tel: (212) 715-1000
Fax: (212) 715-1390

*Counsel for Plaintiffs and Counterclaim-Defendants Viacom International Inc., MTV Networks, a division of Viacom International Inc., Comedy Partners, BET Holdings LLC, and Country Music Television, Inc*

CAHILL GORDON & REINDEL LLP

By: _____
    Jonathan D. Thier
    (jthier@cahill.com)
    Brian T. Markley
    (bmarkley@cahill.com)
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

*Counsel for Defendants and Counterclaim-Plaintiffs Time Warner Cable Inc., Time Warner Entertainment Company, L.P., and Time Warner Cable LLC*

_____
United States District Judge

-2-