UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-12

------------------------------------------------------------- x

VIACOM INTERNATIONAL INC., MTV
NETWORKS, a division of Viacom International
Inc., COMEDY PARTNERS, BET HOLDINGS
LLC and COUNTRY MUSIC TELEVISION, INC.,

        Plaintiffs and Counterclaim-Defendants,

- against -

TIME WARNER CABLE INC., TIME WARNER
ENTERTAINMENT COMPANY L.P., and TIME
WARNER CABLE LLC,,

        Defendants and Counterclaim-Plaintiffs.

------------------------------------------------------------- x

Civil Action No. 11 CV 2387 (LBS)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated and agreed by and between Plaintiffs and Defendants, through their undersigned attorneys, that the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs, fees and disbursements; and it is further stipulated and agreed that all pleadings filed under seal in the above-captioned action shall remain under seal.

Dated: New York, New York
       May 17, 2012

ARNOLD & PORTER LLP

By: /s/ Peter L. Zimroth
Peter L. Zimroth
peter.zimroth@aporter.com
Michael D. Schissel
michael.schissel@aporter.com
Lucy S. McMillan
lucy.mcmillan@aporter.com
399 Park Avenue
New York, New York 10022
Tel: (212) 715-1000
Fax: (212) 715-1390

*Attorneys for Plaintiffs and Counterclaim-Defendants*

CAHILL GORDON & REINDEL LLP

By: /s/ Jonathan D. Their
Jonathan D. Their
jthier@cahill.com
Brian T. Markley
bmarkley@cahill.com
Brian T. Markley
bmarkley@cahill.com
80 Pine Street
New York, NY 10005-1702
Telephone: (212) 701-3000
Fax: (212) 269-5420

*Attorneys for Defendants and Counterclaim-Plaintiffs*

**IT IS SO ORDERED:**

Dated: 5/21/12

_____
UNITED STATES DISTRICT JUDGE